| | |
|---|---|
| 1 | MARK A. SAMUELS (S.B. #107026) |
| | msamuels@omm.com |
| 2 | MICHAEL D. JAY (S.B. #223827) |
| | mjay@omm.com |
| 3 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 4 | Los Angeles, CA  90071-2899 |
| | Telephone:  (213) 430-6000 |
| 5 | Facsimile:   (213) 430-6407 |
| 6 | Attorneys for Defendant |
| | Milestone Entertainment, LLC |
| 7 | |
| 8 | MICHAEL A. PAINTER (S.B. #43600) |
| | painter@ikplaw.com |
| 9 | STEVEN R. LOWY (S.B. #74724) |
| | lowy@ikplaw.com |
| 10 | ISAACMAN, KAUFMAN & PAINTER |
| | 8484 Wilshire Boulevard, Suite 850 |
| 11 | Beverly Hills, CA  90211 |
| | Telephone:  (323) 782-7700 |
| 12 | Facsimile:   (323) 782-7744 |
| 13 | Attorneys for Plaintiff |
| | Sande Stewart Television, Inc. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDE STEWART TELEVISION, INC., a California corporation, | Case No.  CV 07-2606 GHK (CWx) |
| Plaintiff, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)** |
| v. | Honorable George H. King |
| MILESTONE ENTERTAINMENT, LLC, a California limited liability company, | |
| Defendant. | |

1  WHEREAS, the parties have entered into a Settlement Agreement and
2  Release under which all of the claims in this action have been resolved;
3  NOW THEREFORE, it is hereby stipulated by and between the parties
4  hereto, through their respective counsel of record, as follows:
5  1. This action, and each and every claim asserted herein, is hereby
6  dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil
7  Procedure.
8  2. The parties shall each bear their own respective fees and costs.

Dated: November 15, 2007   ISAACMAN, KAUFMAN & PAINTER

By: _____/s/_____
Michael A. Painter
Attorneys for Defendant
MILESTONE ENTERTAINMENT, LLC

Dated: November 15, 2007   O'MELVENY & MYERS LLP

By: _____/s/_____
Mark A. Samuels
Attorneys for Defendant
MILESTONE ENTERTAINMENT, LLC

LA2:847380.1                                       - 1 -     STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(A)