AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of California on the following ☑ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
|---|---|---|
| CV07-2606-GHK(CWx) | 4/19/2007 | Central District of California |

| PLAINTIFF | DEFENDANT |
|---|---|
| SANDE STEWART TELEVISION, INC., a California corporation | MILESTONE ENTERTAINMENT, LLC, a California limited liability company' RANDALL MARK KATZ, an individual; GARY DAWSON, an individual |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 6,488,280 | 12/3/2002 | Milestone Entertainment |
| 2 6,749,198 | 6/15/2004 | Milestone Entertainment LLC |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| See Attached |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Terry Nafisi | IRENE RAMIREZ | 11/5/08 |

DOCKETED ON CM
MAY - 3 2007
BY ___ 186

Copy 1—Upon initiation of action, mail this copy to Director Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director Copy 4—Case file copy

MARK A. SAMUELS (S.B. #107026)
msamuels@omm.com
MICHAEL D. JAY (S.B. #223827)
mjay@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

**FILED: 12/3/2007**

Attorneys for Defendant
Milestone Entertainment, LLC

MICHAEL A. PAINTER (S.B. #43600)
painter@ikplaw.com
STEVEN R. LOWY (S.B. #74724)
lowy@ikplaw.com
ISAACMAN, KAUFMAN & PAINTER
8484 Wilshire Boulevard, Suite 850
Beverly Hills, CA 90211
Telephone: (323) 782-7700
Facsimile: (323) 782-7744

Attorneys for Plaintiff
Sande Stewart Television, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

SANDE STEWART TELEVISION, INC., a California corporation,

Plaintiff,

v.

MILESTONE ENTERTAINMENT, LLC, a California limited liability company,

Defendant.

Case No. CV 07-2606 GHK (CWx)

**~~[Proposed]~~ ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)**

Honorable George H. King

**ORDER**

Pursuant to the terms agreed upon in the Stipulation for Dismissal Without Prejudice, it is hereby ordered as follows:

1. This action, and each and every claim asserted herein, is hereby dismissed without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. The parties shall each bear their own respective fees and costs.

**IT IS SO ORDERED.**

Dated: 12/3/07

Hon. George H. King
United States District Judge